**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

SOLOMON BEN-TOV COHEN,

      Petitioner,

v.

ERIC H. HOLDER, JR., United States
Attorney General,

      Respondent.

No. 09-9519

---

**ORDER**

---

This matter is before the court on the petitioner's documents submitted on October 28, 2009, and construed as a supplement to the "motion to void immigration judge's decision" filed on June 19, 2009. The supplement is referred to the panel on the merits along with the principal motion filed June 19, 2009.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk